

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAYETANO MELENDEZ, | ) | No. CV 04-10552-GW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| LEE ANN CHRONES, (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and dismissed with prejudice.

DATED: February 10, 2009

GEORGE H. WU
United States District Judge